UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ROGERS, | No. 2:16-cv-2313 CKD P |
| Plaintiff, | |
| v. | ORDER |
| RUSTY GREENE, et al., | |
| Defendants. | |

On February 6, 2017, the court ordered plaintiff to complete and return to the court, within thirty days, a USM-285 form necessary to effect service on defendant Wacker. That thirty day period has passed, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1] See Fed. R. Civ. P. 41(b).

Dated: March 21, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roge2313.fusm

---

[1] Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).